IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VINODH RAGHUBIR,

    Petitioner,

v.                                                                                          4:20cv161–WS/MAF

UNITED STATES OF AMERICA,
et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 7) docketed March 31, 2020. The magistrate judge recommends that this action be transferred to the Middle District of Florida. Plaintiff has filed objections (ECF No. 10) to the report and recommendation.

The court having reviewed the matter, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 7) is adopted and incorporated by reference in this order of the court.

2. The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Orlando Division, for all further proceedings.

DONE AND ORDERED this __8th__ day of __May__, 2020.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE
